BALTIMORE TRUST COMPANY, TRUSTEE, v. GURNEY P. HOOD,
COMMISSIONER.

(Filed 15 March, 1933.)

APPEAL by defendant from *Sink, J.,* at June Term, 1932, of
BUNCOMBE.

Civil action to establish preference, or priority of plaintiff's claim
against funds in the hands of liquidating agent of insolvent bank.

The case was heard by the court without the intervention of a jury,
upon facts agreed or found without objection:

The Federal Mortgage Company and Standard Mortgage Company
issued certain bonds with interest coupons attached, secured by inden-
tures duly registered. These bonds and coupons were payable at the
Central Bank and Trust Company, named as trustee in each indenture
for such purpose. To meet the interest represented by maturing cou-
pons, the Federal Mortgage Company and the Standard Mortgage Com-
pany deposited with the Central Bank and Trust Company $7,121.75
and $3,262.35 respectively, and these amounts were entered upon the
books of the trust department as having been received for the respective
purposes of paying said coupons.

When the Central Bank and Trust Company failed, 19 November,
1930, the above amounts had not been applied to the payment of interest
coupons, and according to the records of the trust department of the
bank, said amounts are still held for said purposes.

Plaintiff sues as substituted trustee.

The court found that the amounts so deposited with the Central Bank
and Trust Company by the Federal Mortgage Company and the Stand-
ard Mortgage Company constituted special deposits for specific purposes
and adjudged that plaintiff was entitled to a preference of $10,384.10
against the assets in the hands of the liquidating agent, "and to be paid
in full, if there is a sufficient amount realized from the liquidation of
the said bank to pay the same in full; and, if not, that it share pro rata
with the other preferred claims against said trust, as finally determined
by the courts."

Defendant appeals, assigning errors.

*Alfred S. Barnard for plaintiff.*
*Johnson, Smathers & Rollins for defendant.*

PER CURIAM. Affirmed on authority of *Safe Deposit Co. v. Hood,
Comr., ante,* 346, and *Flack v. Hood, Comr., ante,* 337.

Affirmed.